FILED

Oct 25 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

KEKER, VAN NEST & PETERS LLP
JAN NIELSEN LITTLE - # 100029
jlittle@keker.com
DIVYA MUSINIPALLY - # 316114
dmusinipally@keker.com
MELISSA CORNELL - # 323307
mcornell@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Defendant
Alan Mei

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALAN MEI,<br><br>        Defendant. | CR21-91423 MISC TSH<br><br>Re: Violation Numbers 6268751, 6268752<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL AND TRIAL SCHEDULE**<br><br>Dept.: 15th Floor, Courtroom G<br>Judge: Hon. Thomas S. Hixson<br><br>Date of Violations: December 19, 2019<br><br>Trial Date:  September 20, 2021 |

Defendant Alan Mei and the United States of America (collectively referred to as the "Parties"), by and through their respective counsel, stipulate as follows:

1. This matter currently has a pre-trial conference set for September 13, 2021 and a trial set for September 20, 2021.

2. Due to the unpredictability of the ongoing COVID-19 pandemic and Defendant's desire to have an in-person trial, the Parties have met and conferred and have agreed to a continuance.

3. The Parties therefore agree and stipulate to the following:

    a. The Parties respectfully request that the Court set the pre-trial conference on January 24, 2022, or as soon thereafter as is convenient for the Court, with the trial one week after that, assuming that the Court is holding in-person hearings and trials at that time.

    b. The Parties agree and stipulate to the following pretrial schedule:

        i. The Parties will complete production of all available discovery and serve witness and exhibit lists 28 days before the pretrial conference;

        ii. The Parties' will submit to the Court any motions *in limine* 14 days before the pretrial conference;

        iii. The Parties' will submit to the Court any replies to any motions *in limine* 7 days before the pretrial conference;

        iv. The Parties will submit to the Court any pre-trial briefing and/or joint pre-trial statements 7 days before the pretrial conference.

IT IS SO STIPULATED.

//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| Dated: August 12, 2021 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Melissa L. Cornell* |
| | | JAN NIELSEN LITTLE |
| | | DIVYA MUSINIPALLY |
| | | MELISSA L. CORNELL[1] |
| | | Attorneys for Defendant |
| | | ALAN MEI |
| Dated: August 12, 2021 | | UNITED STATES |
| | By: | */s/ Kenneth Chambers* |
| | | Kenneth Chambers |
| | | Assistant United States Attorney for |
| | | UNITED STATES OF AMERICA |

---

[1] In accordance with Local Rule 5-1(i)(3), the undersigned counsel for Defendant Alan Mei certifies that the content of the Stipulation is acceptable to counsel for the United States and that the undersigned counsel obtained government counsel's authorization to affix his electronic signature to this document.

## [PROPOSED] ORDER

Having considered the Stipulation of the Parties, and with good cause appearing, the Court sets the following pre-trial and trial schedule:

1. The Parties will complete production of all available discovery and serve witness and exhibit lists 28 days before the pretrial conference;

2. The Parties' will submit to the Court any motions *in limine* 14 days before the pretrial conference;

3. The Parties' will submit to the Court any replies to any motions *in limine* 7 days before the pretrial conference;

4. The Parties will submit to the Court any pre-trial briefing and/or joint pre-trial statements 7 days before the pretrial conference;

5. The pre-trial conference is set for January 24, 2022 at 10:00 a.m.;

6. The trial is set for January 31, 2022 at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 13, 2021

_____
HONORABLE THOMAS S. HIXSON
UNITED STATES DISTIRCT JUDGE